UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PSC METALS, INC., | ) |
| Plaintiff | ) ) ) |
| v. | ) 3:14 C 02019 ) Hon. Marvin E. Aspen |
| SHELBY LAND COMPANY LLC, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

MARVIN E. ASPEN, District Judge:

As discussed at the September 7, 2017 status conference, this case is scheduled for trial on March 27, 2018. All deadlines in this case remain stayed. The parties shall file a joint status report regarding settlement on or before December 7, 2017. In the event the parties do not finalize their settlement agreement, the Court will reset the parties' pretrial deadlines at that time. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: September 7, 2017
Nashville, Tennessee